

# Fourth Court of Appeals
## San Antonio, Texas

February 26, 2015

No. 04-15-00021-CV

**BOARD OF ADJUSTMENT OF THE CITY OF SAN ANTONIO,**
Appellant

v.

Michael and Theresa **HAYES**,
Appellees

From the County Court At Law No. 10, Bexar County, Texas
Trial Court No. 2014CV00284
Honorable David J. Rodriguez, Judge Presiding

## O R D E R

On February 24, 2015, the trial court clerk filed a Notification of Late Record stating the clerk's record was not filed because appellant failed to pay or make arrangements to pay the clerk's fee for preparing the record, and appellant was not entitled to appeal without paying the fee.

It is therefore ORDERED appellant provide written proof to this court within ten (10) days of the date of this order either (1) the clerk's fee has been paid or arrangements have been made to pay the clerk's fee; or (2) appellant is entitled to appeal without paying the clerk's fee. If appellant fails to respond within the time provided, this appeal will be dismissed for want of prosecution. *See* TEX. R. APP. P. 37.3(b).

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of February, 2015.

_____
Keith E. Hottle
Clerk of Court